UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH E-MAIL ACCOUNT AMEERA1US@YAHOO.COM STORED AT PREMISES CONTROLLED BY YAHOO HOLDINGS INC.<br><br>IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH E-MAIL ACCOUNT TAYLOR.STRONG1980@GMAIL.COM STORED AT PREMISES CONTROLLED BY GOOGLE INC.<br><br>IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH E-MAIL ACCOUNT D_RAMBERT@HOTMAIL.COM STORED AT PREMISES CONTROLLED BY MICROSOFT INC.<br><br>IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH E-MAIL ACCOUNT URJLTAYLOR@AOL.COM STORED AT PREMISES CONTROLLED BY AOL, INC. | Case No. 3:17mj285<br><br>**Filed Under Seal** |

Upon motion of the United States and for the reasons set forth in the affidavit, it is hereby ORDERED that the Applications, Warrants and accompanying Affidavit in the above captioned matters are hereby placed under seal.

This 10th day of August 2017.

_____
David S. Cayer
United States Magistrate Judge