IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH E-MAIL ACCOUNT AMEERA1US@YAHOO.COM STORED AT PREMISES CONTROLLED BY YAHOO HOLDINGS INC. <br><br> IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH E-MAIL ACCOUNT TAYLOR.STRONG1980@GMAIL.COM STORED AT PREMISES CONTROLLED BY GOOGLE INC. <br><br> IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH E-MAIL ACCOUNT D_RAMBERT@HOTMAIL.COM STORED AT PREMISES CONTROLLED BY MICROSOFT INC. <br><br> IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH E-MAIL ACCOUNT URJTAYLOR@AOL.COM STORED AT PREMISES CONTROLLED BY AOL, INC. | DOCKET NO.: 3:17-mj-285-DSC <br><br> **<u>ORDER TO UNSEAL</u>** |

UPON MOTION of the United States of America, by and through R. ANDREW MURRAY, United States Attorney for the Western District of North Carolina, for an order to unseal all documents filed in the above-referenced matter in order to comply with its discovery obligations in *United States v. Knight*, 3:19 CR 284 RJC-DCK. The Court finds that the

necessity for keeping the above-captioned documents sealed no longer exists.

NOW, THEREFORE, IT IS ORDERED that the Clerk of Court shall unseal all documents filed in the above-captioned matter.

**SO ORDERED**.

Signed: January 10, 2020

David S. Cayer
United States Magistrate Judge